*October 16, 1945.*

Landwehr and wife, Respondents, vs. Treml and another, Appellants.

. For the appellants: *Benton, Bosser, Becker & Parnell* of Appleton.

For the respondents: *Michael Burns* of Seymour, attorney, and *Bradford & Derber* of Appleton of counsel.

*By the Court.*—Judgment affirmed.